UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 01-538 (AMW) |
| | : |
| v. | : |
| | : ORDER APPOINTING COUNSEL |
| | : |
| JAMAL PALMER | : |

This matter having been opened to the Court upon the request of Defendant Jamal Palmer, through the Office of the Federal Public Defender (Karina D. Fuentes, appearing), for an Order by the Court appointing counsel in Mr. Palmer's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this   *16*   day of July, 2008  that the Office of the Federal Public Defender (Karina D. Fuentes, appearing) is appointed to represent Jamal Palmer in this matter.

United States District Court Judge