AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Newark District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAMAL PALMER | ) Case No: 2:01-CR-538-JLL-06 |
| | ) USM No: 24183-050 |
| Date of Previous Judgment: NOV. 6, 2002 | ) Anthony J. Iacullo |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of NOV. 6, 2002 of 105 months is reduced to **89 MONTHS**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 27          Amended Offense Level: 25
Criminal History Category: V        Criminal History Category: IV
Previous Guideline Range: 100 to 125 months   Amended Guideline Range: 84 to 105 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated NOV 5 '02 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/22/08

Effective Date: 9/22/08
(if different from order date)

Judge's signature

Jose L. Linares
Printed name and title