AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
__Newark__ District of __New Jersey__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: __2:01-CR-538-JLL-06__ |
| __JAMAL PALMER__ ) | USM No: __24183-050__ |
| Date of Previous Judgment: __NOV. 6, 2002__ ) | __Anthony J. Iacullo__ |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __NOV. 6, 2002 of 105__ months is reduced to __89 MONTHS__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __27__           Amended Offense Level: __25__
Criminal History Category: __V__          Criminal History Category: __IV__
Previous Guideline Range: __100__ to __125__ months   Amended Guideline Range: __84__ to __105__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __NOV 5 '02__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __9/22/08__

Effective Date:   __9/22/08__
(if different from order date)

Judge's signature: /s/ Jose L. Linares
Printed name and title: __Jose L. Linares__